```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00964-RNO
Ann B Capasso                                                   Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner            Page 1 of 1           Date Rcvd: May 23, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db             +Ann B Capasso,    278 Denise Lane,    East Stroudsburg, PA 18302-8282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                              Signature:  /s/Joseph Speetjens

---

                      **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Kim M Diddio    on behalf of Debtor 1 Ann B Capasso kdiddio@diddiolaw.com, kdiddio@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ann B Capasso aka Ann Capasso<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br>　　vs.<br>Ann B Capasso aka Ann Capasso<br>　　　　　　　　Debtor(s) | NO. 18 -00964 RNO |
| John J. Martin Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1942 Chatterton Avenue, Bronx, NY 10472 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: May 23, 2018　　　　　　　　By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (PAR)