Certificate Number: 16337-PAM-DE-031144970

Bankruptcy Case Number: 18-00964



16337-PAM-DE-031144970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 6, 2018</u>, at <u>7:16</u> o'clock <u>PM EDT</u>, <u>Ann B Capasso</u> completed a course on personal financial management given <u>by internet</u> by <u>$ Education USA, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   June 6, 2018               By:    /s/Nisrene Tarraf

                                   Name:  Nisrene Tarraf

                                   Title: Educator